UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEZHEN LIU,<br><br>Plaintiff,<br><br>-against-<br><br>URBAN PATHWAY,<br><br>Defendants. | 25-CV-5118 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff proceeds in this matter *pro se.* By order dated October 6, 2025, the Court dismissed this action without prejudice. (ECF 8.) On December 7, 2025, Plaintiff filed an "Emergency motion for leave to submit audio evidence and for immediate preservation." (ECF 10.) On January 22, 2026, Plaintiff filed a proposed order to show cause and a declaration. (ECF 13, 14.) These documents (ECF 13, 14) bear the docket numbers of six other cases that Plaintiff filed in this court, and they were also docketed in those cases. *See Liu v. Sullivan*, No. 25-CV-10847 (LTS) (pending); *Liu v. New York Presbyterian Hosp.*, No. 25-CV-10843 (LTS) (pending); *Liu v. SMBC Manubank*, No. 25-CV-10442 (LTS) (S.D.N.Y. Feb. 10, 2026) (dismissed without prejudice); *Liu v. Marcus Garvey Vill.*, No. 25-CV-10135 (LTS) (S.D.N.Y.) (pending)[1]; *Liu v. Adams Admin.*, No. 25-CV-5119 (LTS) (S.D.N.Y. Oct. 29, 2025) (dismissed without prejudice); *Liu v. Marcus Garvey Apartments*, No. 25-CV-5117 (LTS) (S.D.N.Y. Dec. 5, 2025) (same).

This matter is closed. Plaintiff is not entitled to any relief in connection with this case. Accordingly, the Court denies the pending motions.

[1] Plaintiff names Urban Pathway as a defendant in that complaint.

The Clerk of Court is directed to terminate the pending motions. (ECF 10, 13.)

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: July 21, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge